**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CW-0832

Terence Alost, M.D.

- - Versus - -

Danny Lawler, Danny Lawler Enterprises L.L.C., &
Willis-Knighton Medical Center

19th Judicial District Court
Case #: 665848
East Baton Rouge Parish

On Application for Rehearing filed on 06/16/2021 by Terence Alost, M.D.

Rehearing _____ **DENIED** _____

J. Michael McDonald

Mitchell R. Theriot

Elizabeth Wolfe

Date **JUL 0 1 2021**

Rodd Naquin, Clerk